UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JAN 19 PM 3: 29

CLERK

BY ⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

In Re: Jacob O'Durell, Esq.            Misc. No.    2:18-mc-00009

### ORDER TO SHOW CAUSE

Pursuant to Vermont Supreme Court's Entry Order in Docket No. 2017-432 filed December 12, 2017, it is hereby

ORDERED that pursuant to Rule 5(b)(2) of the Attorney Disciplinary Rules for the United States District Court for the District of Vermont, Jacob O'Durell, Esq., shall show cause on or before thirty (30) days from the date of service of this order upon him why the imposition of identical treatment as to status as imposed by the State of Vermont Professional Responsibility Board would be unjust or unwarranted.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 19 day of January, 2018.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Geoffrey W. Crawford,
U.S. District Chief Judge