UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 18 PM 1:55

CLERK
BY_____pjl_____
DEPUTY CLERK

In Re:  Jacob O. Durell, Esq.                    Misc. No. 5:18-mc-9

ORDER

    On December 12, 2017, the above-named individual was transferred to disability inactive status in Vermont by the Vermont Professional Responsibility Board.

    Pursuant to Rule 5(d) of Attorney Disciplinary Rules for the United States District Court fo the District of Vermont and in conformity with the Vermont Professional Responsibility Board, it is hereby ORDERED that said JACOB O. DURELL is transferred to disability inactive status until further order of the court.

    Dated at Burlington, in the District of Vermont, this 18th day of April, 2018.

_____
Geoffrey W. Crawford
U.S. District Chief Judge